## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IMA UKOR, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE MASON UNIVERSITY, )<br>)<br>  Defendant. ) | Case No.: 1:23-CV-00106 |

### DECLARATION OF ALEXANDER LEONARD TAYLOR, JR. IN RESPONSE TO ORDER TO SHOW CAUSE

In response to this Court's Order to Show Cause dated June 22, 2023 (ECF No. 22), Alexander Leonard Taylor, Jr., under penalty of perjury, declares as follows:

On June 22, 2023, I failed to accompany *pro hac vice* counsel, Megan B. Betts, at a hearing on Defendant's Motion to Dismiss (ECF No. 6). On the same day, I was required to appear in Richmond Circuit Court at 1:00 PM, an approximately two-hour drive from this Court, to which I believed I would arrive late if I attended the motion to dismiss hearing in this action. I realized the scheduling conflict and *pro hac* counsel conferred on my behalf with counsel for Defendant to ensure they would not be opposed to my absence. I believed my absence was permissible due to a good-faith mistake as to the requirements of the Local Rules, caused by confusion with the Local Rules of the District Court for the Western District of Virginia, where appearance of local counsel is not always required. I offer my sincerest apologies to the Court for my failure to appear and will ensure that, in the future, I accompany *pro hac* counsel at every appearance. For having shown cause, I respectfully request that this Court not hold me in contempt.

[SIGNATURE PAGE FOLLOWS]

Dated: July 7, 2023

                                                        /s/ Alexander L. Taylor, Jr.
Alexander L. Taylor, Jr., Esq. (VSB No. 29292)
ALEX TAYLOR LAW, PC
1622 West Main Street
Richmond, Virginia 23220
Telephone: (804) 500-500
Fax: (866) 466-6167
Email: alextaylor@alextaylorlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, a true and correct copy of the foregoing **DECLARATION OF ALEXANDER LEONARD TAYLOR, JR. IN RESPONSE TO ORDER TO SHOW CAUSE** was electronically served on all attorneys of record via the CM/ECF system.

        By: /s/ Alexander L. Taylor, Jr.
        Alexander L. Taylor, Jr., Esq. (VSB No. 29292)
        ALEX TAYLOR LAW, PC
        1622 West Main Street
        Richmond, Virginia 23220
        Telephone: (804) 500-500
        Fax: (866) 466-6167
        Email: alextaylor@alextaylorlaw.com